UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-20984-KMM

SHANNON THOMAS,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

LAKEVIEW LOAN SERVICING, LLC,

    Defendant.
_____/

## **ORDER OF TRANSFER**

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955-DPG, and subject to the consent of the Honorable Darrin P. Gayles, it is hereby ORDERED AND ADJUDGED that the above-captioned cause is transferred to the calendar of Judge Darrin P. Gayles for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this *28th* day of April, 2022.

                                                     K. MICHAEL MOORE
                                                     UNITED STATES DISTRICT JUDGE

2

After reviewing the Court file in the above-captioned cause, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 1:22-cv-20984-DPG, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of April, 2022.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

c:  Clerk of Court
    All counsel of record